**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon Driver,<br><br>         Plaintiff,<br><br>v.<br><br>Paradise Valley Unified School District, et al.,<br><br>         Defendants. | No. CV-25-02412-PHX-DJH<br><br>**ORDER** |

Before the Court is Plaintiff Shannon Driver's ("Plaintiff") Motion for Reconsideration. (Doc. 38). On October 27, 2025, the Clerk of Court terminated Defendants Erin Maloney, Unknown Maloney, and Unknown Parties ("Defendants') from this case after determining that the Defendants had not been served as required by Federal Rule of Civil Procedure 4(m). (Doc. 14). Now, Plaintiff asks that Defendant Erin Maloney be reinstated as a Defendant because she was in fact, timely served. (Doc. 38). Plaintiff further avers that although Defendant Erin Maloney was timely served, documents to that effect were not filed in time for the Court to make that determination. (*Id.*) Attached to the Motion is a Certificate of Service acknowledging that Defendant Erin Maloney was successfully served on July 31, 2025, within the timeframe required by Federal Rule of Civil Procedure 4(m). (Doc. 38-1, Certificate of Service). Because Plaintiff complied with Federal Rule of Civil Procedure 4(m), the Court will grant the Motion.

/ / /

/ / /

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 38) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to reinstate Defendant Erin Maloney as a named Defendant in this lawsuit.

Dated this 29th day of October, 2025.

Honorable Diane J. Humetewa
United States District Judge